# TERRITORY OF HAWAII *v.* IRWIN MORGENSTEIN.

## NO. 2853.

FILED DECEMBER 29, 1952.                    DECIDED MAY 28, 1953.

TOWSE, C. J., LE BARON AND STAINBACK, JJ.

*Per Curiam.* The grounds of the petition for rehearing assert that the court erred in its findings upon the issue of the alleged improper and prejudicial question asked of the expert witness and urged as a ground of the motion for a mistrial.

The issue was briefed, argued, and fully considered and determined in the court's opinion at 39 Haw. 602.

Petition denied without argument.

*Greenstein & Marshall* for the petition.